# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| CATHIE KONYEN,<br><br>               Plaintiff,<br><br>v.<br><br>LOWES HOME CENTERS, LLC,<br><br>               Defendant. | Case No. 3:22-CV-00538-MMD-CLB<br><br>**ORDER GRANTING SUA SPONTE EXTENSION TO FILE A RESPONSE TO PLAINTIFF'S MOTION REGARDING DISCOVERY DISPUTE**<br><br>[ECF No. 30] |

On April 5, 2024, Plaintiff filed a "Motion Regarding Discovery Dispute," (ECF No. 30), in compliance with the undersigned Magistrate Judge's Standing Order. (ECF No. 7.) Pursuant to the Standing Order, Defendant was required to file a response "no later than 2 court days after the initial motion" was filed. (*Id.* at 4.) Therefore, Defendant's response was due by no later than April 9, 2024. However, to date, Defendant has failed to file any response or opposition to Plaintiff's motion. Therefore, the Court *sua sponte* grants one extension to file a response or opposition to the motion by no later than Friday, April 12, 2024, at 5:00 p.m. Failure to file a response or opposition to the motion by this date may result in the Court granting Plaintiff's motion, in its entirety, as unopposed. No further extensions of time will be granted.

       **IT IS SO ORDERED**.

**DATED**: April 10, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**