# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CATHIE KONYEN,<br><br>               Plaintiffs,<br><br>v.<br><br>LOWES HOME CENTERS, LLC,<br><br>               Defendant. | Case No. 3:22-CV-00538-MMD-CLB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

Before the Court is The Geddes Law Firm, P.C.'s ("GLF") motion to withdraw as counsel for Plaintiff Cathie Konyen ("Plaintiff") due to Plaintiff discharging GLF as her counsel in this matter on May 6, 2024. (ECF No. 44.) GLF provides a certificate of service stating the motion to withdraw was served on Plaintiff by electronic mail. (*Id.* at 5.) However, service in this manner is insufficient under the Federal Rules of Civil Procedure, as it is unclear to the Court whether or not plaintiff consented in writing to being served by electronic email. *See* Fed. R. Civ. P. 5(b)(2)(E). Accordingly, by no later than **Friday, May 24, 2024**, GLF must properly re-serve the motion to withdraw as counsel and provide notice to the Court that such has occurred. GLF must also provide a mailing address and phone number for Plaintiff in this notice. After the Court has received notice of service, Plaintiff will have **14 days** to file any response or otherwise object to the motion.

    **IT IS SO ORDERED.**

**DATED**: May 16, 2024.

_____
UNITED STATES MAGISTRATE JUDGE