Edward J. Lemons, Esq., Bar No. 699
Alice Campos Mercado, Bar No. 4555
**LEMONS, GRUNDY & EISENBERG**
6005 Plumas Street, 3rd Floor
Reno, Nevada  89519
(775) 786-6868
ejl@lge.net; acm@lge.net

*Specially Appearing on behalf of
Reno Orthopedic Center*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHIE KONYEN, an individual, | Case No. 3:22-cv-00538-MMD-CLB |
| Plaintiff, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| vs. | |
| LOWES HOME CENTER, LLC, | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD.

NOTICE IS HEREBY GIVEN that upon the deposition of RENO ORTHOPEDIC CENTER being vacated in this matter, the representation of attorneys Edward J. Lemons and Alice Campos Mercado specially appearing as counsel for RENO ORTHOPEDIC CENTER has concluded and they are no longer associated in the above-entitled matter.

Accordingly, RENO ORTHOPEDIC CENTER requests that the service list in this matter be amended to reflect said disassociation of counsel and that Edward J. Lemons and Alice Campos Mercado's names be removed from the electronic service list.

DATED this 12th day of August, 2024.

**LEMONS, GRUNDY & EISENBERG**

By: */s/ Edward J. Lemons*
 EDWARD J. LEMONS, ESQ.
 ALICE CAMPOS MERCADO, ESQ.

*Specially Appearing on behalf of
Reno Orthopedic Center*

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

**IT IS SO ORDERED.**

**DATED:** August 12, 2024

_____
UNITED STATES MAGISTRATE JUDGE

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
THIRD FLOOR
RENO, NV 89519-6069
(775) 786-6868

- 2 -